AO91 (Rev. 12/03) Criminal Complaint                                              AUSA

# UNITED STATES DISTRICT COURT

_____Southern District Of Texas Brownsville Division_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> vs. <br><br> Juan Alberto DIAZ-Ramirez <br> A075 207 998  Mexico | **CRIMINAL COMPLAINT** <br><br> Case Number: 1:15-po-1099 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about   May 27, 2015   in   Hidalgo   County, in the   Southern District Of Texas   defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title   8   United States Code, Section(s)   1325(a)(1)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:

The defendant was apprehended in Norias, Texas, on May 31, 2015. The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River near Norias, Texas, on May 31, 2015, thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Mancillas, Jose M.  Border Patrol Agent
Signature of Complainant

Mancillas, Jose M.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 01, 2015                                                             at        Brownsville, Texas
Date                                                                                   City/State

Ronald Morgan            U.S. Magistrate Judge
Name of Judge            Title of Judge                                Signature of Judge